THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AAA MAX LIMITED, AAA MAX 2 LIMITED, AAA MAX 3 LIMITED, AAA MAX 4 LIMITED, AAA B787 2 LIMITED and AAA B787 3 LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:23-cv-01356-RSM<br><br>STIPULATED MOTION AND ORDER TO RESET DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: September 29, 2023 |

Pursuant to Local Civil Rules 10(g) and 7(d)(1), Plaintiffs AAA Max Limited, AAA Max 2 Limited, AAA Max 3 Limited, AAA Max 4 Limited, AAA B787 2 Limited, and AAA B787 3 Limited ("Plaintiffs") and Defendant The Boeing Company ("Boeing") respectfully move this Court to reset the deadline for Boeing to answer Plaintiffs' complaint. Under the order that the Honorable Sara L. Ellis' issued when transferring Plaintiffs' lawsuit to this Court, Boeing must either answer or move to dismiss Plaintiffs' complaint today. *See* Dkt. No. 42 at 1. The parties have conferred, and Plaintiffs plan to amend their complaint pursuant to Rule 15. In light of Plaintiffs' forthcoming amendment, Boeing will wait to file an answer or motion to dismiss. Once Plaintiffs file their amendment, the parties will work together to propose for approval by this Court a new deadline for an answer or a briefing schedule for a motion to dismiss.

STIPULATED MOTION AND ORDER TO RESET DEADLINE TO RESPOND TO COMPLAINT
(No. 23-cv-01356-RSM) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000

DATED: September 29, 2023

By: s/ *Malaika M. Eaton*
    Malaika M. Eaton, Bar No. 32837
    Michael P. Hatley, Bar No. 57500
    Robert M. Sulkin, Bar No. 15425
    **McNaul Ebel Nawrot & Helgren PLLC**
    600 University Street, Suite 2700
    Seattle, Washington 98101-3143
    Telephone: 206.467.1816
    meaton@mcnaul.com
    mhatley@mcnaul.com
    rsulkin@mcnaul.com

    Mitchell A. Orpett (*pro hac vice*)
    **Tribler Orpett & Myer, P.C.**
    225 West Washington Street, Suite 2550
    Chicago, IL 60606
    Telephone: 312.201.6400
    maorpett@tribler.com

*Attorneys for Plaintiffs AAA Max 1 Limited, AAA Max 2 Limited, AAA Max 3 Limited, AAA Max 4 Limited, AAA B787 2 Limited and AAA B787 3 Limited*

By: s/ *Ulrike B. Connelly*
    Ulrike B. Connelly, Bar No. 42478
    Eric B. Wolff, Bar No. 43047
    Erik B. Kundu, Bar No. 56746
    Marten N. King, Bar No. 57106
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    uconnelly@perkinscoie.com
    ewolff@perkinscoie.com
    ekundu@perkinscoie.com
    mking@perkinscoie.com

    Michael R. Huston (*pro hac vice*)
    **Perkins Coie LLP**
    700 13th Street, NW, Suite 800
    Washington, DC 20005
    mhuston@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER TO RESET DEADLINE TO RESPOND TO COMPLAINT
(No. 23-cv-01356-RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to answer Plaintiffs' complaint is extended until after Plaintiffs amend their complaint. No later than 14 days after Plaintiffs amend their complaint, the parties shall propose a new deadline for Boeing's answer or a briefing schedule for a motion to dismiss.

DATED this 2nd day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

By: s/ *Ulrike B. Connelly*
Ulrike B. Connelly, Bar No. 42478
Eric B. Wolff, Bar No. 43047
Erik B. Kundu, Bar No. 56746
Marten N. King, Bar No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
uconnelly@perkinscoie.com
ewolff@perkinscoie.com
ekundu@perkinscoie.com
mking@perkinscoie.com

Michael R. Huston (*pro hac vice*)
**Perkins Coie LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
mhuston@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

By: s/ *Malaika M. Eaton*

STIPULATED MOTION AND ORDER TO RESET DEADLINE TO RESPOND TO COMPLAINT
 (No. 23-cv-01356-RSM) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000

Malaika M. Eaton, Bar No. 32837
Michael P. Hatley, Bar No. 57500
Robert M. Sulkin, Bar No. 15425
**McNaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, Washington 98101-3143
Telephone: 206.467.1816
meaton@mcnaul.com
mhatley@mcnaul.com
rsulkin@mcnaul.com

Mitchell A. Orpett (*pro hac vice*)
**Tribler Orpett & Myer, P.C.**
225 West Washington Street, Suite 2550
Chicago, IL 60606
Telephone: 312.201.6400
maorpett@tribler.com

*Attorneys for Plaintiffs AAA Max 1 Limited, AAA Max 2 Limited, AAA Max 3 Limited, AAA Max 4 Limited, AAA B787 2 Limited and AAA B787 3 Limited*

STIPULATED MOTION AND ORDER TO RESET DEADLINE TO RESPOND TO COMPLAINT
(No. 23-cv-01356-RSM) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000