Hon. Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AAA MAX 1 LIMITED, AAA MAX 2
LIMITED, AAA MAX 3 LIMITED, AAA
MAX 4 LIMITED, AAA B787 2 LIMITED
and AAA B787 3 LIMITED,

                                    Plaintiffs,

        v.

THE BOEING COMPANY and BOEING
COMMERIAL AVIATION SERVICES
EUROPE LIMITED,

                                    Defendants.

No. 2:23-cv-01356 RSM

STIPULATED MOTION AND
ORDER TO RESET FRCP 26(f)
DEADLINES AND SET BRIEFING
SCHEDULE FOR DEFENDANT'S
MOTION TO DISMISS

**Note on Motion Calendar:**
**March 14, 2024**
**Without Oral Argument**

**CLERK'S ACTION REQUIRED**

        Pursuant to Local Civil Rules 10(g) and 7(d)(1) and the Court's February 1, 2024

Minute Order (Dkt. 60), Plaintiffs AAA Max Limited, AAA Max 2 Limited, AAA Max 3

Limited, AAA Max 4 Limited, AAA B787 2 Limited, and AAA B787 3 Limited

("Plaintiffs") and Defendant The Boeing Company ("Boeing") respectfully move this

Court to (i) extend the deadlines set forth in the Court's case scheduling order; and (ii) set

a briefing schedule for Boeing's forthcoming motion to dismiss.

        On February 1, 2024, by Minute Order, the Court directed Plaintiffs to file their

amended complaint no later than February 29, 2024.  *See* Dkt. 60.  The Court further directed

the parties to propose new dates for (i) Boeing's answer or a briefing schedule for a motion to

STIP. MOT. & ORDER TO RESET FRCP 26(f) DEADLINES
& SET BRIEFING SCHEDULE (No. 2:23-cv-01356 RMS) –
Page 1

1    dismiss, and (ii) the deadlines set forth in the Court's case schedule order. *See id.*; Dkt. 53.

2    Plaintiffs filed their amended complaint under seal on February 29, 2024.  *See* Dkt. 62.

3          The parties have conferred and agreed upon the following proposed deadlines in

4    compliance with the Court's prior orders as outlined above:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for FRCP 26(f) Conference | April 4, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | April 18, 2024 |
| Defendant's Motion to Dismiss Plaintiffs' Amended Complaint | May 2, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | May 9, 2024 |
| Plaintiffs' Response to Defendant's Motion to Dismiss | June 14, 2024 |
| Defendant's Reply in Support of Motion to Dismiss | July 3, 2024 |
| Defendant's Motion to Dismiss to be noted for | July 3, 2024 |

      IT IS SO STIPULATED.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1   DATED this 14th day of March, 2024.

2   McNAUL EBEL NAWROT & HELGREN PLLC

3   By:  s/Robert M. Sulkin

4       Robert M. Sulkin, WSBA No. 15425
        Malaika M. Eaton, WSBA No. 32837
        Michael P. Hatley, WSBA No. 57500

5

6   600 University Street, Suite 2700
    Seattle, Washington  98101-3143
    Telephone (206) 467-1816

7   rsulkin@mcnaul.com

8   meaton@mcnaul.com
    mhatley@mcnaul.com

9   Mitchell A. Orpett, *Admitted Pro Hac Vice*

10  TRIBLER ORPETT & MYER, P.C.
    225 West Washington Street, Suite 2250
    Chicago, Illinois  60606

11  Telephone (312) 201-6400
    maorpett@tribler.com

12

13  Attorneys for Plaintiffs AAA Max 1 Limited, AAA
    Max 2 Limited, AAA Max 3 Limited, AAA Max 4
    Limited, AAA B787 2 Limited and AAA B787 3

14  Limited

15  PERKINS COIE LLP

16  By:  s/Ulrike B. Connelly

17      Ulrike B. Connelly, WSBA No. 42478
        Eric B. Wolff, WSBA No. 43047
        Erik B. Kundu, WSBA No. 56746

18      Marten N. King, WSBA No. 57106

19  1201 Third Avenue, Suite 4900
    Seattle, Washington  98101-3099

20  Telephone (206) 359-8000
    uconnelly@perkinscoie.com

21  ewolff@perkinscoie.com
    ekundu@perkinscoie.com

22  mking@perkinscoie.com

23  Michael R. Huston, *Admitted Pro Hac Vice*
    PERKINS COIE LLP

24  700 13th Street, NW, Suite 800
    Washington, D.C. 20005

25  mhuston@perkinscoie.com

26  Attorneys for Defendant The Boeing Company

STIP. MOT. & ORDER TO RESET FRCP 26(f) DEADLINES
& SET BRIEFING SCHEDULE (No. 2:23-cv-01356 RMS) –
Page 3

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadlines for the parties FRCP 26(f) Initial Disclosures and Combined Joint Status Report and Discovery Plan, and the briefing deadlines for Defendant's anticipated Motion to Dismiss Plaintiffs' Amended Complaint are set as follows:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for FRCP 26(f) Conference | April 4, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | April 18, 2024 |
| Defendant's Motion to Dismiss Plaintiffs' Amended Complaint | May 2, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | May 9, 2024 |
| Plaintiffs' Response to Defendant's Motion to Dismiss | June 14, 2024 |
| Defendant's Reply in Support of Motion to Dismiss | July 3, 2024 |
| Defendant's Motion to Dismiss to be noted for | July 3, 2024 |

IT IS SO ORDERED.

DATED this 15th day of March, 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: _s/Robert M. Sulkin_____
        Robert M. Sulkin, WSBA No. 15425
        Malaika M. Eaton, WSBA No. 32837
        Michael P. Hatley, WSBA No. 57500
        rsulkin@mcnaul.com
        meaton@mcnaul.com
        mhatley@mcnaul.com

        Mitchell A. Orpett, *Admitted Pro Hac Vice*
        TRIBLER ORPETT & MYER, P.C.
        maorpett@tribler.com

Attorneys for Plaintiffs AAA Max 1 Limited,
AAA Max 2 Limited, AAA Max 3 Limited,
AAA Max 4 Limited, AAA B787 2 Limited
and AAA B787 3 Limited

PERKINS COIE LLP

By: _s/Ulrike B. Connelly_____
        Ulrike B. Connelly, WSBA No. 42478
        Eric B. Wolff, WSBA No. 43047
        Erik B. Kundu, WSBA No. 56746
        Marten N. King, WSBA No. 57106
        uconnelly@perkinscoie.com
        ewolff@perkinscoie.com
        ekundu@perkinscoie.com
        mking@perkinscoie.com

        Michael R. Huston, *Admitted Pro Hac Vice*
        PERKINS COIE LLP
        mhuston@perkinscoie.com

Attorneys for Defendant The Boeing Company

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816