UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AAA MAX 1 LIMITED, AAA MAX 2 LIM-ITED, AAA MAX 3 LIMITED, AAA MAX 4 LIMITED, AAA B787 2 LIMITED and AAA B787 3 LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. C23-1356RSM<br><br>ORDER GRANTING STIPULATED MOTION TO ACCEPT REDACTED VERSIONS OF MOTION TO DISMISS BRIEFING |

This matter comes before the Court on the stipulated Motions of the parties at Dkts. #77, #81, and #88. These Motions address the filing of sealed papers and exhibits related to Defendant's Motion to Dismiss. On August 12, 2024, the Court directed the parties via minute order to file redacted versions of the briefing to be sealed. The Court has reviewed the Motions and the proposed redactions and finds there to be good cause to seal the documents and exhibits as requested.

Accordingly, having reviewed the briefing and the remainder of the record, the Court hereby FINDS and ORDERS that the parties' Motions at Dkts. #77, #81, and #88, are GRANTED. Defendants' Motion to Dismiss and Plaintiffs' opposition, Dkts. #78 and #82, are

ORDER GRANTING STIPULATED MOTION TO ACCEPT REDACTED VERSIONS OF MOTION TO DISMISS BRIEFING - 1

to remain under seal. The parties are granted leave to file redacted versions of their briefing as found attached to their latest Motion. The Court will also maintain under seal the supporting declaration of Eric B. Wolff, Dkt. #79, and allow Defendant to file a public version of the Wolff Declaration as attached to their latest Motion. These public versions are to be filed as separate docket entries immediately.

DATED this 20th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE