UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AAA MAX 1 LIMITED, AAA MAX 2 LIMITED, AAA MAX 3 LIMITED, AAA MAX 4 LIMITED, AAA B787 2 LIMITED and AAA B787 3 LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:23-cv-01356 RSM<br><br>STIPULATED MOTION AND ORDER TO RE-NOTE MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS AND TO APPOINT A SPECIAL DISCOVERY MASTER |

## STIPULATION

Pursuant to Local Civil Rule 7(l), Plaintiffs AAA Max Limited, AAA Max 2 Limited, AAA Max 3 Limited, AAA Max 4 Limited, AAA B787 2 Limited, and AAA B787 3 Limited ("Plaintiffs") and Defendant The Boeing Company ("Boeing") (collectively, the "Parties"), hereby stipulate that Plaintiffs' Motion to Compel Defendant to Produce Documents and to Appoint a Special Discovery Master ("Motion"), Dkt. 108, currently noted for the Court's consideration on Thursday, May 8, 2025, shall be re-noted to May 15, 2025. Plaintiffs shall file and serve their reply brief, if any, no later than May 15, 2025.

IT IS SO STIPULATED.

DATED this 8th day of May, 2025.

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ James G. Diehl*
    Robert M. Sulkin, WSBA No. 15425
    Malaika M. Eaton, WSBA No. 32837
    Michael P. Hatley, WSBA No. 57500
    James G. Diehl, WSBA No. 54914

600 University Street, Suite 2700
Seattle, Washington 98101-3143
Telephone (206) 467-1816
rsulkin@mcnaul.com
meaton@mcnaul.com
mhatley@mcnaul.com
jdiehl@mcnaul.com

Attorneys for Plaintiffs AAA Max 1 Limited, AAA Max 2 Limited, AAA Max 3 Limited, AAA Max 4 Limited, AAA B787 2 Limited and AAA B787 3 Limited

///
///
///
///
///

| | |
|---|---|
| 1 | PERKINS COIE LLP |
| 2 | By: *s/ Mica D. Klein* |
| 3 | *(via e-mail authorization)*<br>Ulrike B. Connelly, WSBA No. 42478<br>Mica D. Klein, WSBA No. 46596 |
| 4 | Sarah L. Schirack, WSBA No. 59669<br>Marten N. King, WSBA No. 57106 |
| 5 | Erik B. Kundu, WSBA No. 56746 |
| 6 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 7 | Telephone (206) 359-8000<br>uconnelly@perkinscoie.com |
| 8 | micaklein@perkinscoie.com<br>sschirack@perkinscoie.com |
| 9 | mking@perkinscoie.com<br>ekundu@perkinscoie.com |
| 10 | |
| 11 | *Attorneys for Defendant The Boeing Company* |

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Plaintiffs' Motion to Compel Defendant to Produce Documents and to Appoint a Special Discovery Master, currently noted for the Court's consideration on Thursday, May 8, 2025, shall be re-noted to May 15, 2025. Plaintiffs shall file and serve their reply brief, if any, no later than May 15, 2025.

DATED this  9th  day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE