UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AAA MAX 1 LIMITED, AAA MAX 2 LIMITED, AAA MAX 3 LIMITED, AAA MAX 4 LIMITED, AAA B787 2 LIMITED and AAA B787 3 LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY and BOEING COMMERIAL AVIATION SERVICES EUROPE LIMITED,<br><br>Defendants. | No. 2:23-cv-01356 RSM<br><br>ORDER ON STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE PETITION FOR REASONABLE ATTORNEYS' FEES AND COSTS |

Pending before the Court is the parties' Stipulated Motion to Extend Time for Plaintiffs to File a Petition for Reasonable Attorneys' Fees and Costs. The Court has reviewed the parties' Stipulated Motion, and being otherwise advised herein, now, therefore,

HEREBY ORDERS that the Stipulated Motion is GRANTED. The Court hereby modifies the deadline for Plaintiffs to submit a petition for reasonable attorneys' fees and costs related to the second motion to compel from September 11, 2025 to September 18, 2025.

IT IS SO ORDERED.

DATED this 9th day of September, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE