UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AAA MAX 1 LIMITED, AAA MAX 2 LIMITED, AAA MAX 3 LIMITED, AAA MAX 4 LIMITED, AAA B787 2 LIMITED and AAA B787 3 LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:23-cv-01356 RSM<br><br>ORDER ON STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES |

Pending before the Court is the parties' Stipulated Motion to Continue Trial and Related Deadlines. The Court has reviewed the Stipulated Motion and being otherwise fully advised, now, therefore,

HEREBY ORDERS, ADJUDGES, AND DECREES that the case schedule is modified as follows:

| Event | New Deadline |
|---|---|
| Jury Trial | November 16, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 16, 2026 |
| Deadline for filing motions related to discovery | May 11, 2026 |
| Discovery completed by | June 9, 2026 |
| All dispositive motions must be filed by | June 22, 2026 |

| Event | New Deadline |
| --- | --- |
| Mediation per LCR 39.1 (c)(3), if requested by the parties, held no later than | August 20, 2026 |
| Motions in limine filed by | September 9, 2026 |
| Agreed Pretrial Order | September 29, 2026 |
| Pretrial Conference | *To be scheduled by the Court* |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 22, 2026 |

The Clerk is directed to notate the docket accordingly.

IT IS SO ORDERED.

DATED this  31st  day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE