UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AAA MAX 1 LIMITED, AAA MAX 2 LIMITED, AAA MAX 3 LIMITED, AAA MAX 4 LIMITED, AAA B787 2 LIMITED and AAA B787 3 LIMITED,<br><br>                              Plaintiffs,<br><br>     v.<br><br>THE BOEING COMPANY,<br><br>                              Defendant. | No. 2:23-cv-01356 RSM<br><br>STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

## I. STIPULATED MOTION

Plaintiffs AAA MAX 1 Limited, AAA MAX 2 Limited, AAA MAX 3 Limited, AAA MAX 4 Limited, and AAA B787 3 Limited ("Plaintiffs") and Defendant The Boeing Company ("Boeing") jointly request that the Court grant Plaintiffs leave to amend Plaintiffs' Amended Complaint (Dkt. 67) to strike Plaintiff AAA B787 3 Limited as a party in the case and withdraw its Claims II and IV relating to the 787 Dreamliner (MSN 63321), pursuant to Fed. R. Civ. P. 15(a)(2) and 16(b) in the above-captioned action.  For the reasons explained below, good cause exists to grant Plaintiffs leave to amend.  *See In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013), *aff'd sub nom. Oneok, Inc. v. Learjet, Inc.*, 575 U.S. 373, 135 S. Ct. 1591, 191 L. Ed. 2d 511 (2015) (noting that "when a party seeks to amend a pleading after the pretrial scheduling

order's deadline for amending the pleadings has expired, the moving party must satisfy the 'good cause' standard").

Plaintiffs filed the Amended Complaint on March 12, 2024, asserting claims related to two 787 aircraft, one purchased by Plaintiff AAA B787 2 Limited, and the other purchased by Plaintiff AAA B787 3 Limited.  Dkt. 67.  On December 16, 2024, the Court denied in part and granted in part Boeing's motion to dismiss.  Dkt. 105.  The Court denied Boeing's motion with regard to the claims asserted by Plaintiff AAA B787 3 Limited and granted the motion with regard to the claims asserted by AAA B787 2 Limited.  *Id.* at 8, 10–11. On August 13, 2025, the Court granted in part Boeing's motion to sever (Dkt. 122) and ordered that trial would be bifurcated, with the jury hearing the claims related to the remaining 787 aircraft and those claims related to the 737 MAX aircraft in two separate trials.  Dkt. 137.  Plaintiff AAA B787 3 Limited now seeks to withdraw its claims related to the remaining 787 aircraft (MSN 63321) because it believes that pursuing those claims in a separate trial would be too inefficient and expensive.  As the deadline to amend pleadings has passed (Dkt. 86), the parties jointly request that the Court grant leave for Plaintiffs to file the amended pleading.  Fed. R. Civ. P. 16(b).

Granting Plaintiffs leave to amend to remove Plaintiff AAA B787 3 Limited as a party and its claims related to the 787 aircraft (MSN 63321) will promote efficiency and reduce the burden on the parties and the Court.  By granting leave, the Court will narrow the issues for trial and alleviate the need for a second trial concerning only the 787 aircraft.  Granting leave to amend will also eliminate the need for the parties to engage in additional discovery related to the Plaintiff AAA B787 3 Limited's claims.  As the proposed amendments narrow the issues in the case, Boeing is not prejudiced by the amendments.  Based on the foregoing, good cause exists to grant Plaintiffs leave to amend.

1    Pursuant to Local Rule 15(b), a redlined version of the second amended complaint

2    showing how it differs from the first amended complaint is attached to this stipulated

3    motion as Exhibit A.

4    IT IS SO STIPULATED.

5    DATED this 23rd day of December, 2025.

6                                        McNAUL EBEL NAWROT & HELGREN PLLC

7                                        By: _s/James G. Diehl_____
8                                              Robert M. Sulkin, WSBA No. 15425
                                               Malaika M. Eaton, WSBA No. 32837
                                               Michael P. Hatley, WSBA No. 57500
9                                              James G. Diehl, WSBA No. 54914

10                                       600 University Street, Suite 2700
                                         Seattle, Washington  98101-3143
11                                       Telephone (206) 467-1816
                                         rsulkin@mcnaul.com
12                                       meaton@mcnaul.com
                                         mhatley@mcnaul.com
13                                       jdiehl@mcnaul.com

14                                       Attorneys for Plaintiffs AAA Max 1 Limited, AAA
                                         Max 2 Limited, AAA Max 3 Limited, AAA Max 4
15                                       Limited, AAA B787 2 Limited and AAA B787 3
                                         Limited
16
                                         PERKINS COIE LLP
17
                                         By: _s/Michael Paisner_____
18                                            _(via email authorization)_
                                               Michael Paisner, WSBA No. 48822
19                                             Mica D. Klein, WSBA No. 46596

20                                       1301 Second Avenue, Suite 4200
                                         Seattle, Washington 98101-3804
21                                       Telephone (206) 359-8000
                                         mpaisner@perkinscoie.com
22                                       micaklein@perkinscoie.com

23                                       Attorneys for Defendant The Boeing Company

24

25

26

STIPULATED MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT – Page 3

**<u>ORDER</u>**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The Court finds that good cause exists to allow Plaintiffs to file a second amended complaint to strike Plaintiff AAA B787 3 Limited as a party in the case and withdraw its Claims II and IV relating to the 787 Dreamliner (MSN 63321).  Plaintiffs shall file the second amended complaint in final format on the docket within five (5) days.

IT IS SO ORDERED.

DATED this __29th__ day of December, 2025.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE